AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | | |
|---|---|---|
| Verizon Delaware, Inc., et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. _____ 08-192-GMS _____ |
| American PCS Communicaitons, Inc., et al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

PhillieCo, L.P.
c/o Corporation Service Company
2711 Centerviller Road, Suite 400
Wilmington, DE 19808

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Kevin F. Brady, Esquire
Connolly Bove Lodge and Hutz LLP
1007 N. Orange Street, 9th Floor, Wilmington, DE 19801
(302) 658-9141

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER T. DALLEO

_____
Name of clerk of court

Date: ___ AUG 0 1 2008 ___          _____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on  Phillie Co, L.P. ,
by:

    (1) personally delivering a copy of each to the individual at this place, _____

    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
        Corporation Service Company 2711 Centerville Rd Wilmington DE ; or
        on 8/1/08 at 3:05 pm· Person accepting: Mary Drummond.
    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.


Date:  8/1/2008 _____

_____
Server's signature *Paul H. Coulby*

Paul Coulby - Process Server
Printed name and title

230 N Market St Wilmington DE 19801
Server's address