IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Verizon Delaware Inc.,<br>Verizon Maryland Inc.,<br>Verizon New England Inc.,<br>Verizon New Jersey Inc.,<br>Verizon New York Inc.,<br>Verizon North Inc.,<br>Verizon Northwest Inc.,<br>Verizon Pennsylvania Inc.,<br>Verizon Virginia Inc.,<br>Verizon Washington, DC Inc.,<br>Verizon West Virginia Inc.,<br><br>                Plaintiffs,<br><br>vs.<br><br>American PCS Communications L.L.C.,<br>Nextel of New York, Inc.,<br>Nextel Communications of the Mid-Atlantic, Inc.,<br>Nextel West Corp.,<br>PhillieCo, L.P.,<br>Sprint Communications Co. L.P.,<br>Sprint Spectrum L.P.,<br>WirelessCo, L.P.,<br><br>                Defendants. | Civil Action No. 08-192-GMS |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF THE TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Defendants American PCS Communications L.L.C., Nextel of New York, Inc., Nextel Communications of the Mid-Atlantic, Inc., Nextel West Corp., PhillieCo, L.P., Sprint Communications Co. L.P., Sprint Spectrum L.P., and WirelessCo, L.P. hereby move for an extension of time to answer or otherwise respond to the complaint filed by Plaintiffs Verizon Delaware Inc., Verizon Maryland Inc., Verizon New England Inc., Verizon New Jersey, Inc., Verizon New York Inc., Verizon North Inc., Verizon Northwest Inc., Verizon Pennsylvania Inc., Verizon Virginia Inc., Verizon Washington, DC Inc., and Verizon West Virginia Inc. Plaintiffs

have consented to the requested extension.

In support, Defendants state that:

1. Plaintiffs filed their Complaint on April 4, 2008, and served the Complaint on Defendants on August 1, 2008. Without the requested extension, Defendants would be required to respond to the Complaint by August 21, 2008.

2. The parties have reached an agreement in principle to settle their dispute but need additional time to finalize their agreement. Accordingly, Plaintiffs have agreed that Defendants shall have until October 31, 2008, to respond to the Complaint.

On that basis, Defendants respectfully request that this Court grant an extension of time until October 31, 2008, for Defendants to answer or otherwise respond to the Complaint. Defendants have submitted a proposed Order along with this Motion.

Dated: August 21, 2008　　　　　　　　　　CROSS & SIMON, LLC
Wilmington, Delaware

By: _____
Kevin S. Mann (No. 4576)
913 North Market Street, 11th Floor
Wilmington, Delaware 19801
(302) 777-4200
(302) 777-4224 (facsimile)

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Verizon Delaware Inc.,<br>Verizon Maryland Inc.,<br>Verizon New England Inc.,<br>Verizon New Jersey Inc.,<br>Verizon New York Inc.,<br>Verizon North Inc.,<br>Verizon Northwest Inc.,<br>Verizon Pennsylvania Inc.,<br>Verizon Virginia Inc.,<br>Verizon Washington, DC Inc.,<br>Verizon West Virginia Inc.,<br><br>               Plaintiffs,<br><br>vs.<br><br>American PCS Communications L.L.C.,<br>Nextel of New York, Inc.,<br>Nextel Communications of the Mid-Atlantic, Inc.,<br>Nextel West Corp.,<br>PhillieCo, L.P.,<br>Sprint Communications Co. L.P.,<br>Sprint Spectrum L.P.,<br>WirelessCo, L.P.,<br><br>               Defendants. | Civil Action No. 08-192-GMS |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF THE TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

It is hereby ORDERED that Defendants' Unopposed Motion for Extension of the Time to Answer or Otherwise Respond to the Complaint is GRANTED. Defendants shall answer Plaintiffs' Complaint no later than October 31, 2008.

Dated:

_____
United States District / Magistrate Judge

## CERTIFICATE OF SERVICE

I, Kevin S. Mann, hereby certify that on August 21, 2008, copies of **Defendants' Unopposed Motion for Extension of the Time to Answer or Otherwise Respond to the Complaint** and Order Granting Defendants' Unopposed Motion for Extension of the Time to Answer or Otherwise Respond to the Complaint were served upon counsel of record in the manner indicated:

**VIA HAND DELIVERY & EMAIL**
Kevin F. Brady, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
kbrady@cblh.com

**VIA FIRST CLASS MAIL & EMAIL**
Scott H. Angstreich, Esquire
KELLOGG, HUBER, HANSEN, TODD, EVANS
& FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC 20036
sangstreich@khhte.com

**VIA FIRST CLASS MAIL & EMAIL**
Wan J. Kim, Esquire
KELLOGG, HUBER, HANSEN, TODD, EVANS
& FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC 20036
wkim@khhte.com

**VIA FIRST CLASS MAIL & EMAIL**
Steven Hartmann, Esquire
Verizon
1515 N. Courthouse Rd., Suite 500
Arlington, VA 22201
steven.h.hartmann@verizon.com

Kevin S. Mann (No. 4576)